

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Charlesa Flatten, Kyle Jacob Flatten, and/or
All Occupants of 996 Eddington Road,
Marshall, Texas 75672, Appellants

No. 06-23-00074-CV      v.

Secretary of the U.S. Department of
Veterans Affairs, an Officer of the United
States, Appellee

Appeal from the County Court at Law of
Harrison County, Texas (Tr. Ct. No. 2023-
11550-CCL).    Memorandum   Opinion
delivered by Justice Rambin, Chief Justice
Stevens and Justice van Cleef participating.

      As stated in the Court's opinion of this date, we find that the appeal should be dismissed
for want of prosecution. Therefore, we dismiss the appeal.

      We further order that the appellants, Charlesa Flatten, Kyle Jacob Flatten, and/or All
Occupants of 996 Eddington Road, Marshall, Texas 75672, pay all costs incurred by reason of
this appeal.

RENDERED JANUARY 8, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk